

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00267-CR

John Marshall **LEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 00-0495-CR
Honorable Gus J. Strauss, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 15, 2020.

_____
Rebeca C. Martinez, Justice